UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ALEXANDER, | No. C 09-2210 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF CORRECTIONS SALINAS VALLEY PRISON, | |
| Defendant. | |

This action is dismissed without prejudice to plaintiff filing a new action after he exhausts his administrative remedies.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 15, 2009

_____
Marilyn Hall Patel
United States District Judge